# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **TERRA TERSUS, LLC** | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:17-00697-RWS-KNM |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| **XTO ENERGY, INC.** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Terra Tersus, LLC ("Plaintiff") and Defendants XTO Entergy, Inc. and National Oilwell Varco, L.P. (collectively, "Defendants") jointly submit an Agreed Proposed Docket Control Order, attached hereto as Exhibit A.

Dated:  April 13, 2018                                    Respectfully submitted,

| | |
|---|---|
| */s/  Andrew G. DiNovo* | */s/  Charles E. Phipps* |
| Andrew G. DiNovo | Charles E. Phipps |
| Texas State Bar No. 00790594 | Texas State Bar No. 00794457 |
| adinovo@dinovoprice.com | cphipps@lockelord.com |
| Adam G. Price | Paul D. Lein |
| Texas State Bar No. 24027750 | Texas State Bar No. 24070133 |
| aprice@dinovoprice.com | plein@lockelord.com |
| Daniel L. Schmid | LOCKE LORD LLP |
| Texas State Bar No. 24093118 | 2200 Ross Avenue, Suite 2800 |
| dschmid@dinovoprice.com | Dallas, Texas 75201 |
| Gabriel R. Gervey | Telephone: (214) 740-8000 |
| Texas State Bar No. | Facsimile:  (214) 740-8800 |
| ggervey@dinovoprice.com | |
| **DINOVO PRICE LLP** | ***COUNSEL FOR DEFENDANT*** |
| 7000 N. MoPac Expressway, Suite 350 | ***XTO ENERGY, INC.*** |
| Austin, Texas  78731 | |
| Telephone:  (512) 539-2626 | */s/  Charles S. Baker* |
| Facsimile:  (512) 539-2627 | Charles S. Baker |
| | Texas State Bar No. 01566200 |

| | |
|---|---|
| *COUNSEL FOR PLAINTIFF*<br>*TERRA TERSUS LLC* | cbaker@lockelord.com<br>LOCKE LORD LLP<br>600 Travis, Suite 2800<br>Houston, Texas 77002<br>Telephone: (713) 226-1200<br>Facsimile:  (713) 223-3717<br><br>*COUNSEL FOR DEFENDANT*<br>*NATIONAL OILWELL VARCO, L.P.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on April 13, 2018.

                                                          */s/ Andrew G. DiNovo*_____
                                                          Andrew G. DiNovo