UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TERRA TERSUS, LLC | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:17-00697-RWS-KNM |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| XTO ENERGY, INC. | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR ENTRY OF AGREED E-DISCOVERY ORDER**

Plaintiff Terra Tersus, LLC ("Plaintiff") and Defendants XTO Entergy, Inc. and National Oilwell Varco, L.P. (collectively, "Defendants") jointly submit an Agreed E-Discovery Order, attached hereto as Exhibit A.

Dated:  April 13, 2018                         Respectfully submitted,

| | |
|---|---|
| */s/  Andrew G. DiNovo* | */s/  Charles E. Phipps* |
| Andrew G. DiNovo | Charles E. Phipps |
| Texas State Bar No. 00790594 | Texas State Bar No. 00794457 |
| adinovo@dinovoprice.com | cphipps@lockelord.com |
| Adam G. Price | Paul D. Lein |
| Texas State Bar No. 24027750 | Texas State Bar No. 24070133 |
| aprice@dinovoprice.com | plein@lockelord.com |
| Daniel L. Schmid | LOCKE LORD LLP |
| Texas State Bar No. 24093118 | 2200 Ross Avenue, Suite 2800 |
| dschmid@dinovoprice.com | Dallas, Texas 75201 |
| Gabriel R. Gervey | Telephone: (214) 740-8000 |
| Texas State Bar No. | Facsimile:  (214) 740-8800 |
| ggervey@dinovoprice.com | |
| **DINOVO PRICE LLP** | ***COUNSEL FOR DEFENDANT*** |
| 7000 N. MoPac Expressway, Suite 350 | ***XTO ENERGY, INC.*** |
| Austin, Texas  78731 | |
| Telephone:  (512) 539-2626 | */s/  Charles S. Baker* |
| Facsimile:  (512) 539-2627 | Charles S. Baker |
| | Texas State Bar No. 01566200 |

| | |
|---|---|
| ***COUNSEL FOR PLAINTIFF***<br>***TERRA TERSUS LLC*** | cbaker@lockelord.com<br>LOCKE LORD LLP<br>600 Travis, Suite 2800<br>Houston, Texas 77002<br>Telephone: (713) 226-1200<br>Facsimile:  (713) 223-3717<br><br>***COUNSEL FOR DEFENDANT***<br>***NATIONAL OILWELL VARCO, L.P.*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on April 13, 2018.

                                              */s/  Andrew G. DiNovo*_____
                                              Andrew G. DiNovo